UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MARY E. READY, *as Independent*
*Administrator for the Estate of Raymond E.*
*Ready, Deceased*,

       Plaintiff,

  v.

GRAFTON FERRY BOAT COMPANY,                    Case No. 09-cv-05-JPG
INC*., an Illinois Corporation*,

       Defendant,

  v.

AMERICAN FAMILY INSURANCE
COMPANY,

       Respondent.

## JUDGMENT

    This matter having come before the Court, and all parties having stipulated to dismissal,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.  Each party shall bear its own costs.

                                **NANCY J. ROSENSTENGEL**

**Dated: February 5, 2010**             **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**